# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**TERRY TERELL CROSS,**

    **Plaintiff,**

    -vs-                      No. 05-CV-556 DRH

**TYAMA M. GRAY, OFFICER
McNEAL, OFFICER JENKS,
UNKNOWN PARTY, and
MEARL JUSTICE,**

    **Defendants.**

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This action came before the Court on a Report and Recommendation by United States Magistrate Judge Donald G. Wilkerson..

**IT IS ORDERED AND ADJUDGED** that the report is **ADOPTED** in its entirety. The Defendants' Motion to Dismiss for Lack of Prosecution is **GRANTED.** Judgment is entered in favor of Defendants **TYAMA M. GRAY, OFFICER McNEAL, OFFICER JENKS, and MEARL JUSTICE** and against Plaintiff **TERRY TERELL CROSS**.

**IT IS FURTHER ORDERED AND ADJUDGED** that all of Plaintiff's claims against "Unknown Defendants" are **DISMISSED WITH PREJUDICE** for failure to prosecute.

                                          **NORBERT G. JAWORSKI, CLERK**

April 22, 2008.                              BY: s/Patricia Brown
                                                              Deputy Clerk

APPROVED: /s/ *David R Herndon*
                 **CHIEF JUDGE
                 U.S. DISTRICT JUDGE**